IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>RANDY McGLAUTHING,<br><br>          Debtor.<br>_____<br><br>RANDY McGLAUTHING,<br><br>          Appellant,<br><br>     v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>          Appellee.<br>_____ | No. 2:11-cv-02522-GEB<br><br>Bankruptcy Court Case<br>No. 10-36054-C-7<br><br>Adv. Proc. No. 10-2575-C<br><br>Bankruptcy Appellate Panel<br>No. EC-11-1511<br><br><u>ORDER</u> |

On September 26, 2011, Plaintiff filed an "Application to Proceed in District Court Without Prepaying Fees or Costs" ("Application"), in which he seeks approval from the Court to proceed in this case in forma pauperis. Plaintiff's Application is approved.

Dated: October 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge