BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California  95833

Telephone:  (916) 442-9002
Facsimile:    (916) 442-9003

Attorneys for Appellee
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RANDY McGLAUTHING,<br><br>　　　　　　　　Debtor.<br>_____<br>RANDY McGLAUTHING,<br><br>　　　　　　　　Appellant,<br>v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>　　　　　　　　Appellee.<br>_____ | District Court Case No.<br>CIV 2:11-CV-02522 GEB<br><br>Bankruptcy Court Case No.<br>10-36054-C-7<br><br>Adversary Proceeding  No.<br>10-2575-C<br><br>**ORDER GRANTING STIPULATION BETWEEN RANDY McGLAUTHING AND EDUCATIONAL CREDIT MANAGEMENT CORPORATION REGARDING AN EXTENSION OF TIME TO FILE OPENING BRIEFS** |

The Court having considered Appellant RANDY McGLAUTHING and Appellee EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC") stipulation for an amended briefing schedule, and with good cause appearing therefor,

IT IS ORDERED that the stipulation on the amended briefing schedule is granted. The revised briefing schedule is as follows: Appellant's opening brief being due January 4, 2012; Appellee's opening brief being due January 18, 2012 and the Appellant's reply brief being due on February 1, 2012.

Dated:  December 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge