IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RANDY MCGLAUTHING,              )
                                )   2:11-cv-02522-GEB
          Appellant,            )
                                )
     v.                         )   ORDER WARNING APPELLANT THAT
                                )   APPEAL WILL BE DISMISSED IF
EDUCATIONAL CREDIT MANAGEMENT   )   RECORD IS NOT FILED
CORPORATION,                    )
                                )
          Appellee.             )
_____
```

On January 30, 2012, Appellant filed a Notice Appeal is Ready for Oral Argument. (ECF No. 13.) However, Appellant did not comply with the briefing schedule, which instructs "the appellant's opening brief and excerpts of record are due, filed in the district court, within fourteen (14) days, of the above date." (ECF No. 5.) Since the excerpts of record have not been filed and filing is a prerequisite to noticing the appeal for oral argument, Plaintiff is warned that his appeal will be dismissed if the excerpts of record are not filed on or before February 13, 2012.

Dated:  February 2, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge