```
                IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA
```

RANDY MCGLAUTHING,               )
                                 )   2:11-cv-02522-GEB
        Appellant,           )
                                 )
   v.                            )   ORDER
                                 )
EDUCATIONAL CREDIT MANAGEMENT    )
CORPORATION,                     )
                                 )
        Appellee.            )
_____

        This matter is before the Court on the referral of the United States Court of Appeals for the Ninth Circuit for the limited purpose of determining whether in forma pauperis status should continue for the appeal filed by Appellant on February 22, 2012. (ECF Nos. 18, 21.) A litigant's in forma pauperis status should be revoked if an appeal is frivolous or taken in bad faith. See 28 U.S.C. § 1915(a)(3); Hooker v. Am. Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (recognizing that revocation of in forma pauperis status is appropriate where a district court finds the appeal to be frivolous). An action is frivolous if it has "no arguable basis in fact or law." Franklin v. Murphy, 745 F.2d 1221, 1228 (9th Cir. 1984).

        Since a review of the record demonstrates that the appeal is

1 | frivolous, Appellant's in forma pauperis status is revoked. The Clerk of
2 | this Court shall transmit a copy of this order to the Clerk of the
3 | United States Court of Appeals for the Ninth Circuit.
4 | Dated:  March 9, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```