IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY MCGLAUTHING,                     )
                                       )    2:11-cv-02522-GEB
              Appellant,               )
                                       )
         v.                            )    ORDER
                                       )
EDUCATIONAL CREDIT MANAGEMENT          )
CORPORATION,                           )
                                       )
              Appellee.                )
_____)


         This matter is before the Court on the referral of the United
States Court of Appeals for the Ninth Circuit for the limited purpose of
determining whether in forma pauperis status should continue for the
appeal filed by Appellant on February 22, 2012. (ECF Nos. 18, 21.) A
litigant's in forma pauperis status should be revoked if an appeal is
frivolous or taken in bad faith. See 28 U.S.C. § 1915(a)(3); Hooker v.
Am. Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (recognizing that
revocation of in forma pauperis status is appropriate where a district
court finds the appeal to be frivolous). An action is frivolous if it
has "no arguable basis in fact or law." Franklin v. Murphy, 745 F.2d
1221, 1228 (9th Cir. 1984).

         Since a review of the record demonstrates that the appeal is

frivolous, Appellant's in forma pauperis status is revoked. The Clerk of this Court shall transmit a copy of this order to the Clerk of the United States Court of Appeals for the Ninth Circuit.

Dated:  March 9, 2012

GARLAND E. BURRELL, JR.
United States District Judge